[Nos. 8319-1-II; 8479-1-II. Division Two. February 26, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CATHERINE LANGIEWICZ, *Appellant.*

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 84-1-00073-5, 84-1-00164-2, Robert L. Charette and John W. Schumacher, JJ. entered December 10, 1984, and February 4, 1985. *Affirmed* by unpublished opinion per Velie, J. Pro Tem., concurred in by Hamilton and Pearson, JJ. Pro Tem.

[No. 8549-6-II. Division Two. February 26, 1987.]

JACK E. NICHOLSON, *Appellant,* v. HOOKER CHEMICAL AND PLASTICS CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-05023-2, William L. Brown, Jr., J., entered January 30, 1985. *Affirmed as modified* by unpublished opinion per Utter, J. Pro Tem., concurred in by Pearson and Williams, JJ. Pro Tem.

[No. 8027-3-II. Division Two. February 26, 1987.]

ROBERT R. DYBERG, ET AL, *Appellants,* v. BENOY's CARPET, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-00474-1, Thomas R. Sauriol, J., entered July 27, 1984. *Affirmed* by unpublished opinion per Velie, J. Pro Tem., concurred in by Hamilton and Pearson, JJ. Pro Tem.